

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 31, 2018

<u>By ECF</u>
Honorable Miranda M. Du
United States District Judge
District of Nevada
400 S. Virginia St.
Reno, NV 89501

   Re: <u>*United States of America v. Jordan Ross Belfort*,</u>
     <u>Case No. 18-CV-0139 (MMD)(VPC) (District of Nevada)</u>

Dear Judge Du:

  On March 29, 2018, the United States of America filed a motion to compel Global Motivation, Inc., JB Global, Inc., and JB Global Holdings, LLC, to comply with document subpoenas served upon them in November 2017. The motion was filed under miscellaneous case number 3:18-ms-00001, and later assigned the above-referenced civil case number. The motion was filed with a supporting Declaration of Peter A. Laserna, and exhibits 1 through 9 annexed thereto.

  An additional supporting Declaration of William Gilsen, with exhibits 1 through 5 annexed thereto, should also have been filed with the motion to compel. We file those documents herewith and respectfully request that they be incorporated and considered with the March 29, 2018, motion to compel. We apologize for any inconvenience this may cause the Court or the parties.

  We thank the Court for its consideration of the instant letter.

           Very truly yours,

           RICHARD P. DONOGHUE
           United States Attorney

        By:  /s/
          Peter A. Laserna
          Special Assistant U.S. Attorney
          (718) 254-6152

Enclosures

cc: Global Motivation, Inc.,
c/o Business Filings Incorporated

JB Global, Inc.,
c/o Business Filings Incorporated

JB Global Holdings, LLC,
c/o Business Filings Incorporated

Sharon Levin Cohen, Esq.,
*Attorney for Defendant Jordan Ross Belfort*